UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DUSTIN LONNIE MARSHALL | § |
| | § |
| v. | § CIVIL CASE NO. 4:21-CV-384 |
| | § |
| GREGORY ABBOTT, ET AL. | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 4, 2022, the Report of the Magistrate Judge, (Dkt. #128), was entered containing proposed findings of fact and recommendation that the Collin County Sheriff's Office's Motion to Dismiss, (Dkt. #63), be granted, and that unserved defendant 401st District Court of Collin County should also be dismissed. Plaintiff Dustin Lonnie Marshall, who receives electronic notice in this matter, received notice of the Magistrate Judge's Report on February 4, 2022, (Dkt. #56). Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the Collin County Sheriff's Office's Motion to Dismiss, (Dkt. #63), is **GRANTED**.

- 2 -

Plaintiff Dustin Lonnie Marshall's claims against the Collin County Sheriff's Office are **DISMISSED WITH PREJUDICE**. Marshall's claims against the 401st District Court of Collin County are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 4th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE