# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DUSTIN LONNIE MARSHALL § | |
| § | |
| v. § | CIVIL CASE NO. 4:21-CV-384 |
| § | |
| GREGORY ABBOTT, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 14, 2022, the Report of the Magistrate Judge, (Dkt. #133), was signed containing proposed findings of fact and a recommendation that Defendants Arthur Skibell, Kari Bohach, Ryan Bauerle, and Bohach Law Group, P.C.'s Motion to Dismiss, (Dkt. #67), be granted on the Rule 12(b) grounds, and that Defendants Arthur Skibell, Kari Bohach, Ryan Bauerle, and Bohach Law Group, P.C., and unserved defendant Kristin Brady should be dismissed. Plaintiff Dustin Lonnie Marshall, who receives electronic notice in this matter, (Dkt. #56), received notice of the Magistrate Judge's Report on February 14, 2022. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Arthur Skibell, Kari Bohach, Ryan Bauerle, and Bohach Law Group, P.C.'s Motion to Dismiss, (Dkt. #67), is **GRANTED** on the Rule 12(b) grounds.

- 2 -

Plaintiff Dustin Lonnie Marshall's claims against Arthur Skibell, Kari Bohach, Ryan Bauerle, Bohach Law Group, P.C., and Kristin Brady are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 4th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE