UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DUSTIN LONNIE MARSHALL | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-384 |
| | § | |
| GREGORY ABBOTT, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 9, 2022, the Report of the Magistrate Judge, (Dkt. #129), was entered containing proposed findings of fact and recommendation that the City of McKinney's Motion to Dismiss, (Dkt. #92), be granted. Plaintiff Dustin Lonnie Marshall, who receives electronic notice in this matter, received notice of the Magistrate Judge's Report on February 9, 2022, (Dkt. #56). Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the City of McKinney's Motion to Dismiss, (Dkt. #92), is **GRANTED**.

Plaintiff Dustin Lonnie Marshall's claims against the City of McKinney are **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 4th day of March, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE