UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DUSTIN LONNIE MARSHALL § | |
| § | |
| v. § | CIVIL CASE NO. 4:21-CV-384 |
| § | |
| GREGORY ABBOTT, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 13, 2022, the Report of the Magistrate Judge, (Dkt. #132), was signed containing proposed findings of fact and a recommendation that Former Judge Mark Rusch's, Collin County District Clerk Lynne Finley's, and Former Collin County District Clerk Andrea Thompson's Motions to Dismiss, (Dkts. #72; #90; #93), be granted. Plaintiff Dustin Lonnie Marshall, who receives electronic notice in this matter, (Dkt. #56), received notice of the Magistrate Judge's Report on February 13, 2022. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Former Judge Mark Rusch's, Collin County District Clerk Lynne Finley's, and Former Collin County District Clerk Andrea Thompson's Motions to Dismiss, (Dkts. #72; #90; #93), are **GRANTED**.

- 2 -

Plaintiff Dustin Lonnie Marshall's claims against Mark Rusch, Lynne Finley, and Andrea Thompson are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 4th day of March, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE