UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DUSTIN LONNIE MARSHALL | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-384 |
| | § | |
| GREGORY ABBOTT, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 9, 2022, the Report of the Magistrate Judge, (Dkt. #130), was signed containing proposed findings of fact and recommendation that Attorney General of Texas Ken Paxton's, Texas Department of Public Safety's, and Governor Greg Abbott's Motions to Dismiss, (Dkts. #69; #70; #71), be granted, and that unserved defendants Daniel Hodge, Asad Rahman, Tristin T. Harper, and Stephen C. Strickler should also be dismissed. Plaintiff Dustin Lonnie Marshall, who receives electronic notice in this matter, (Dkt. #56), received notice of the Magistrate Judge's Report on February 10, 2022. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Attorney General of Texas Ken Paxton's, Texas Department of Public Safety's, and Governor Greg Abbott's Motions to Dismiss, (Dkts. #69; #70; #71), are **GRANTED**.

- 2 -

Plaintiff Dustin Lonnie Marshall's claims against Paxton and the Texas Department of Public Safety, Abbott, Daniel Hodge, Asad Rahman, Tristin T. Harper, and Stephen C. Strickler are **DISMISSED**.

**So ORDERED and SIGNED this 4th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE